```
UNITED STATES DISTRICT COURT
    DISTRICT OF NEW JERSEY
```

SCAVET TECHNOLOGIES, LLC,

        Plaintiff,

v.

DAVIS-PAIGE MANAGEMENT SYSTEMS, LLC and MICHAEL E.P. DAVIS,

        Defendants.

1:17-cv-10697 (NLH/KMW)

**ORDER**

**HILLMAN**, **District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   8th   day of     May    , 2018

**ORDERED** that Plaintiff's Motion for Default Judgment [10] is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk mark this case **CLOSED**.

At Camden, New Jersey

      s/ Noel L. Hillman
      NOEL L. HILLMAN, U.S.D.J.